**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.176.168.82**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Barrington, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/06/2018 02:25:14 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 08/06/2018 02:19:21 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 08/06/2018 02:18:25 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 08/06/2018 02:18:19 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 08/06/2018 02:09:38 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 08/06/2018 02:08:53 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 08/06/2018 02:08:38 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 08/04/2018 22:48:31 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 08/04/2018 20:57:29 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 06/13/2018 14:08:40 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 06/13/2018 14:02:27 | 7453C1E4B31F2DFE7A0620439A0D387B1559EC44 | Your Luckiest Night |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL939