**Copyrights-In-Suit for IP Address 73.176.168.82**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Barrington, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 08/06/2018 |
| Stripshow Sex | PA0002109644 | 03/23/2018 | 03/28/2018 | 08/06/2018 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 08/06/2018 |
| Afternoon Rendezvous | PA0002120296 | 05/21/2018 | 06/05/2018 | 08/06/2018 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 08/06/2018 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 08/06/2018 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 08/06/2018 |
| Love Burns Again | PA0002093283 | 10/06/2017 | 11/07/2017 | 08/04/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 08/04/2018 |
| Honeymoon Sex | PA0002109640 | 03/09/2018 | 03/28/2018 | 06/13/2018 |
| Your Luckiest Night | PA0002097537 | 12/15/2017 | 01/03/2018 | 06/13/2018 |

**Total Malibu Media, LLC Copyrights Infringed: 11**

EXHIBIT B

NIL939