# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Malibu Media, LLC v. William Mullins

Case Number: 1:18-cv-06447

An appearance is hereby filed by the undersigned as attorney for:

William Mullins

Attorney name (type or print): Susan Malter

Firm: Susan Malter

Street address: 203 Brampton Lane

City/State/Zip: Lake Forest, Illinois 60045

Bar ID Number: 6207793
(See item 3 in instructions)

Telephone Number: (224) 552-0452

Email Address: susanmalter@gmail.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 17, 2019

Attorney signature: S/ /s/Susan Malter

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015