[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff **Malibu Media, LLC**  )
)
v. )
) Case Number: **1:18-cv-06447**
) Judge: **Honorable Thomas M. Durkin**
**William Mullins** )
)
Defendant )

## NOTICE OF MOTION

TO: **Malibu Media, Mary Schulz**
**1144 E. State Street, Suite A260**
**Geneva, IL 60134**

**PLEASE TAKE NOTICE** that on **March 4, 2019** at **9 AM**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge **Thomas M. Durkin** or any judge sitting in his or her stead in **Courtroom 1441** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

## CERTIFICATE OF SERVICE

I hereby certify that on **Feb. 27, 2019**, I provided service to the person or persons listed above by the following means: **electronic**

Signature: *Susan Malter*         Date: **Feb. 27, 2019**

Name (Print): **Susan Malter**

Address: **203 Brampton Ln.**         Phone: **(312) 282-5858**
**Lake Forest, IL 60045**

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]