UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> V. <br><br> WILLIAM MULLINS, <br><br> Defendant | Civil Action Case No. 1:18-cv-06447 <br><br> Assigned Judge: <br>   The Honorable Thomas M. Durkin <br><br> Designated Magistrate Judge: <br>   The Honorable Sheila Finnegan |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
A CORRECTED AMENDED RULE 12(b)(6) MOTION TO DISMISS**

Defendant WILLIAM MULLINS ("Defendant") files this unopposed motion for leave to file a corrected amended Rule 12(b)(6) motion to dismiss the copyright infringement claim of Plaintiff MALIBU MEDIA, LLC ("Plaintiff") for failure to state a claim upon which relief may be granted. In support thereof, Defendant states as follows:

**BASIS FOR MOTION**

1. Defendant filed a motion to dismiss on February 27, 2019, with this Court.

2. Administrative errors were left in the document including a lack of page numbers, out-of-order numerals in the factual background (pages 5 and 6, or PageID #:83 and PageID #:84) and an incomplete sentence (page 5/PageID #:83, item 7).

3. In addition, a Ninth Circuit case from 2018 that is directly on point was not found during Defendant's prior research. That case has been added to the legal standard on page 6 and to the

analysis of law on pages 8 and following with respect to courts demanding greater nexus between a defendant and the infringement.

4. Plaintiff's counsel and I have agreed to a briefing schedule of 21 days and 14 days on the corrected amended motion.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant leave to file a corrected amended motion to dismiss Plaintiffs' Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) attached to this motion as Exhibit 1.

Dated March 4, 2019            Respectfully submitted,

By: /s/ Susan Malter
Susan Malter (Bar No. 6207793)
203 Brampton Lane
Lake Forest, Illinois 60045
(224) 552-0452

Attorney for Defendant
William Mullins

Certificate of Service

Susan Malter, and attorney, certifies that on March 4, 2019, she filed a copy of the foregoing motion and the attached exhibit with the ECF filing system which will cause notice to be provided to all counsel of record.

/s/Susan Malter