# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

MALIBU MEDIA, LLC,

    Plaintiff,

v.

WILLIAM MULLINS,

    Defendant.

Civil Action Case No. 1:18-cv-06447

Judge Thomas M. Durkin

Magistrate Judge Sheila Finnegan

## **CERTIFICATE OF SERVICE**

Lisa L. Clay, an attorney, certifies that on August 6, 2019 she served a copy of **DEFENDANT'S RULE 68 OFFER TO PLAINTIFF** by emailing and mailing same, on all counsel of record and interested parties as follows:

Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, IL 60134

medialitigationfirm@gmail.com


                                                /s/      Lisa L. Clay