# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:18-cv-06447 |
| ) | |
| v. ) | Judge Durkin |
| ) | |
| WILLIAM MULLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AND TO DISMISS DEFENDANT'S COUNTERCLAIM**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 12(b)(6), hereby moves for entry of an order dismissing Plaintiff's claim against Defendant, William Mullins ("Defendant") with prejudice, and dismissing Defendant's Counterclaim [CM/ECF 33] with prejudice, with each party bearing its own fees and costs.

Dated: August 23, 2019

Respectfully submitted,

MEDIA LITIGATION FIRM, P.C.
By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (312) 213-7196
Email: medialitigationfirm@gmail.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that August 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*