## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MALIBU  MEDIA, LLC,
         Plaintiff,

v.

WILLIAM MULLINS,
         Defendant

Civil Action Case No. 1:18-cv-06447

Judge Thomas M. Durkin

Magistrate Judge Sheila Finnegan

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 5th day of December, 2019 at 9:00 a.m. the undersigned will appear before the Honorable Thomas M. Durkin in Room 1441 of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and then and there present **COUNTER-PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**, a copy of which has been served upon the individuals named below through the delivery means described.

Respectfully submitted on November 11, 2019,

/s/ *Lisa L. Clay*
Lisa L. Clay
Attorney at Law
2100 Manchester Road, Suite 1612
Wheaton, IL 660187
630.456.4818
lisa@clayatlaw.com
ARDC # 6277257

Susan Malter
Attorney at Law
203 Brampton Lane
Lake Forest, Illinois 60045
312.282.5858
susanmalter@gmail.com
ARDC # 6207793

JOSEPH CURTIS EDMONDSON, ESQ.
*Pro Hac Vice*
EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
503.336.3749
jcedmondson@edmolaw.com

1