IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No.  18 cv 6447 |
| | ) | |
| vs | ) | Judge Durkin |
| | ) | |
| WILLIAM MULLINS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW**

Mary K. Schulz, ("Schulz"), pursuant to LR 83.17 prays for the entry of an order permitting her to withdraw as counsel of record for Malibu Media LLC, (Malibu"). In support of her motion, Schulz states as follows:

1.     Malibu insists upon taking action with which the Schulz has a fundamental disagreement.

2.     Malibu has failed substantially to fulfill an obligation to Schulz regarding Schulz' services and has been given reasonable warning that Schulz will withdraw unless the obligation is fulfilled.

WHEREFORE, Mary K. Schulz prays for the entry of an order permitting her to withdraw as counsel of record for Malibu Media, LLC and for such additional and further relief as this Court deems right and just.

MARY K. SCHULZ
S/Mary K. Schulz
Media Litigation Firm, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
312.213-7196
Medialitigationfirm@gmail.com