# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                           Case No.: 1:18−cv−06447
                                                  Honorable Thomas M. Durkin

William Mullins, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:Counter defendant's motion to dismiss counterclaim [58] is entered and continued generally. Plaintiff's motion to withdraw as attorney [64] is entered and continued to 2/10/2020 at 9:00 a.m. Motion hearing held on 1/27/2020. If new counsel has not filed an appearance, it is ordered that the principal of Malibu Media appear in person at the 2/10/2020 motion hearing. Motion Hearing set for 2/10/2020 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.