# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Malibu Media, LLC

                                Plaintiff,

v.                                              Case No.: 1:18−cv−06447
                                                        Honorable Thomas M. Durkin

William Mullins, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney [64] is granted. Status hearing held on 2/21/2020. Defendant's supplemental pleading is due by 2/28/2020. A reply is due by 3/13/2020. Attorney Mary K. Schulz terminated. Status hearing set for 3/20/2020 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.