1

```
1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
2                              EASTERN DIVISION

3    MALIBU MEDIA, LLC,               )   Docket No. 18 C 6447
                                      )
4                     Plaintiff/      )   Chicago, Illinois
                      Counterdefendant, )  February 21, 2020
5                                     )   9:07 a.m.
          v.                          )
6                                     )
     WILLIAM MULLINS,                 )
7                                     )
                      Defendant/      )
8                     Counterplaintiff. )

9
                       TRANSCRIPT OF PROCEEDINGS - Status
10                 BEFORE THE HONORABLE THOMAS M. DURKIN

11   APPEARANCES:

12
     For Malibu Media:      MR. JOEL A. BERNIER (via telephone)
13                          Boroja Bernier & Associates PLLC
                            49139 Schoenherr Road
14                          Shelby Township, MI 48315

15                          MS. MARY K. SCHULZ (via telephone)
                            Media Litigation Firm PC
16                          1144 E. State Street, Suite A260
                            Geneva, IL 60134
17
     For William            MS. SUSAN MALTER
18   Mullins:               Susan Malter Law
                            203 Brampton Lane
19                          Lake Forest, IL 60045

20                          MR. J. CURTIS EDMONDSON (via telephone)
                            Law Offices of J. Curtis Edmondson PLLC
21                          2660 SE 39th Loop, Suite D
                            Hillsboro, OR 97123
22
     Court Reporter:        LAURA R. RENKE, CSR, RDR, CRR
23                          Official Court Reporter
                            219 S. Dearborn Street, Room 1432
24                          Chicago, IL 60604
                            312.435.6053
25                          laura_renke@ilnd.uscourts.gov
```

2

1    (In open court.)

2         THE CLERK:  18 C 6447, Malibu Media v. Doe.

3         And I need to get some parties on the line.

4    (Clerk places telephone call.)

5         THE CLERK:  Good morning, everyone.  This is

6    18 C 6447, Malibu Media v. Doe.

7         THE COURT:  All right.  Good morning.  Let's have

8    everyone identify themselves for the record, starting first

9    with the people on the phone, plaintiff's counsel first.

10         MS. SCHULZ:  Mary Schulz on behalf of Malibu Media.

11         MR. EDMONDSON:  Good morning, your Honor.  Curt

12    Edmondson on behalf of the defendant.

13         THE COURT:  Anyone else on the phone?

14         MR. MOTZ:  This is Paul Motz, your Honor.  I'm on for

15    another case, Hakim.

16         THE COURT:  Well, you don't want to be on this case.

17         All right.  And in court.

18         MS. MALTER:  Susan Malter for counterplaintiff or

19    defendant, William Mullins.

20         THE COURT:  All right.  Is there alternative counsel

21    to Ms. Schulz for -- on for Malibu Media?

22         MR. BERNIER:  This is attorney Joel Bernier appearing

23    for Malibu Media.

24         THE COURT:  You're going to have to start over again

25    and speak more clearly.

1        MR. BERNIER:  Sorry.  This is attorney Joel Bernier

2   appearing on behalf of Malibu Media, plaintiff in this matter.

3        THE COURT:  All right.

4        MR. BERNIER:  Good morning, your Honor.

5        THE COURT:  Good morning.

6        All right.  We have on then two lawyers for

7   Mr. Mullins and Ms. Schulz and new counsel for Malibu Media,

8   correct?

9        MR. BERNIER:  That is correct, Judge.

10       THE COURT:  Okay.  And have you filed your appearance

11  on behalf of Malibu Media, sir?

12       MR. BERNIER:  Yes, your Honor.

13       THE COURT:  All right.  There's a pending motion by

14  Ms. Schulz to withdraw.  Any objection to that by defendants?

15       MS. MALTER:  No.

16       MR. EDMONDSON:  No, your Honor.

17       THE COURT:  All right.

18       MR. EDMONDSON:  Curt Edmondson, for the record.

19       THE COURT:  Okay.  The motion by Mary Schulz to

20  withdraw as counsel for Malibu Media is granted.

21       Ms. Schulz, cooperate with your new counsel -- with

22  the new counsel for Malibu Media and make sure you provide them

23  with any files that are necessary to allow them to continue to

24  handle the case.

25       MS. SCHULZ:  Yes, sir.

1      THE COURT:  All right.  Thank you.

2      And you can drop off the call if you'd like.  So ...

3      MS. SCHULZ:  Thank you.

4      THE COURT:  All right.  Okay.  Have you spoken --

5   (Ms. Schulz exits the telephone call.)

6      THE COURT:  On behalf of the defendants, have you

7   spoken to new counsel for Malibu Media about the status of this

8   case?

9      MR. EDMONDSON:  Your Honor, Curt Edmondson for the

10  defendant.

11     I placed a call to new counsel, and I never got a call

12  back.  So the short answer is I've reached out, but I haven't

13  gotten a response.

14     THE COURT:  All right.  Well, you need --

15     MR. BERNIER:  That is correct.

16     THE COURT:  -- to talk.

17     Go ahead.

18     MR. BERNIER:  That is correct, Judge.  I did receive

19  Mr. Edmondson's message.  It was later two evenings ago.  I was

20  out in court all day yesterday.  I just haven't had the chance

21  to contact him back, and I do apologize for that.

22     THE COURT:  All right.  Make it a priority.  This case

23  has been around a while.  You're coming in.  I don't know if

24  you're coming in on all these Malibu Media cases, of which

25  there's hundreds.

1         But this case is a little different than many of the

2    others.  Defendant has been identified.  Defendant has

3    representation.  Defendant's filed a counterclaim.  There's

4    been an attempt to dismiss the -- the underlying case.

5         And right now, there is a reply due by Malibu Media to

6    the motion to dismiss.  Is that correct?

7         MR. BERNIER:  That is correct, Judge.

8         THE COURT:  All right.  That has been delayed because

9    Ms. Schulz hadn't filed a response yet.  And then there was

10   a -- the change of counsel has delayed that.

11        How much time do you want to file your reply?

12        MR. BERNIER:  Your Honor, I would ask for about two

13   weeks.

14        THE COURT:  That's fine.  14 days.  We'll give you a

15   date.

16        THE CLERK:  That's March 6th.

17        THE COURT:  All right.  March 6th.

18        I'll have everybody come back in later March to

19   hopefully give you a ruling on that and see where this case is

20   going from there.

21        I do strongly encourage counsel for Malibu Media to --

22   new counsel for Malibu Media to talk to counsel for

23   Mr. Mullins.  There's a lot of history to this case and a lot

24   of information that was due by Malibu Media to be provided to

25   Mr. Mullins which was not.

6

1    And I don't know what the problem is.  I didn't get

2  into the attorney-client relationship.  But there is

3  information that I ordered turned over that wasn't.  And so you

4  need to talk to defense counsel -- on behalf of Malibu Media --

5  and your client.  There's very simple information that I

6  ordered to be turned over to deal with the good-faith nature of

7  how this lawsuit was initiated.

8    So I'll give you a date possibly the third week of

9  March.

10    THE CLERK:  How is March 20th for everybody?

11    MS. MALTER:  Good.

12    MR. EDMONDSON:  That's good.

13    THE COURT:  All right.  Counsel for Malibu Media?

14    MR. BERNIER:  That -- that's good for me.  Thank you,

15  your Honor.

16    THE COURT:  Okay.  All right.

17    March 20th.  I'll have the reply in by then, and we'll

18  see where the case stands.  Any effort you can make to settle

19  this case in the meantime I strongly encourage.  Otherwise,

20  it's going to get more contentious than it already is.

21    See you all on March 20th.

22    MR. EDMONDSON:  Oh.  Your Honor --

23    THE COURT:  Anything else we -- anything else we need

24  to discuss today?

25    MS. MALTER:  Yes, your Honor.

1        MR. EDMONDSON:  Yes, your Honor.  Curt Edmondson for

2    the defendant.

3        Since our opposition was filed, the decision came down

4    in the Western District of Washington that kind of touches on

5    all these issues before the Court.

6        If you'd like -- well, may I file a supplemental

7    pleading to give notice of this decision?

8        THE COURT:  How long do you need to file it?

9        MR. EDMONDSON:  It'll take less than one week, your

10   Honor.

11       THE COURT:  All right.  I'll give you a week to file

12   it, and then we'll extend the reply date by a week.

13       So one week for them to file, Sandy, is?

14       THE CLERK:  That's the 28th.

15       THE COURT:  All right.  February 28th.

16       And then we'll give Malibu Media an extra week to file

17   their reply.

18       THE CLERK:  13th.

19       THE COURT:  So March 13th.  We'll keep the March 20th

20   date.

21       Anything else we ought to talk about?

22       MS. MALTER:  Yes.

23       THE COURT:  Go ahead.

24       MS. MALTER:  Your Honor, well, we would have liked to

25   ask a discovery sanction to be entered today because the

1 | Court's ordered three times for Malibu Media to turn that over.

2 | Is that something you want to wait until this new counsel also

3 | has an opportunity to reply to?

4 | THE COURT: Yeah. I thought I made clear that there's

5 | been orders disregarded. Malibu Media is at risk. They have

6 | new counsel. They ought to have an opportunity to talk to you

7 | and then talk to their client about trying to find a way to

8 | avoid what is going to be a pretty ugly result if there

9 | continues to be disregard of my orders.

10 | MS. MALTER: Okay. So I should save all of my ugly

11 | requests and demands for a future time.

12 | THE COURT: Save them for an offline conversation with

13 | Malibu Media's counsel.

14 | MS. MALTER: Okay.

15 | THE COURT: New counsel. And then if there's nothing

16 | that results from that, we'll deal with it on March 20th --

17 | March 20th, correct.

18 | MS. MALTER: Okay.

19 | THE COURT: All right. Anything else from the folks

20 | on the phone?

21 | (No response.)

22 | THE COURT: Okay. Anything else --

23 | MR. BERNIER: Nothing from --

24 | THE COURT: -- Ms. Malter?

25 | MR. BERNIER: -- the plaintiff.

1          MS. MALTER:  Thank you.

2          MR. EDMONDSON:  Good.  Nothing, your Honor.  Thank

3  you.

4          THE COURT:  All right.  Thank you all.

5          MS. MALTER:  Thank you.

6          THE COURT:  Okay.

7          MR. BERNIER:  Have a good day, everyone.

8     (Concluded at 9:16 a.m.)

9                 C E R T I F I C A T E

10    I certify that the foregoing is a correct transcript of the

11  record of proceedings in the above-entitled matter.

12

13  */s/ LAURA R. RENKE*                  *March 2, 2020*
     LAURA R. RENKE, CSR, RDR, CRR

14  Official Court Reporter