## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MALIBU  MEDIA, LLC,

           Plaintiff and Counter-Defendant,

V.

WILLIAM MULLINS,

           Defendant and Counter-Plaintiff

Civil Action Case No. 1:18-cv-06447

Judge Thomas M. Durkin

Magistrate Judge Sheila Finnegan

## COUNTER-PLAINTIFF WILLIAM MULLINS' BILL OF COSTS

NOW COMES Counter-Plaintiff, William Mullins, by and through his attorneys, and for his Bill of Costs, pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1, requests that this Court award Counter-Plaintiff his costs associated with the Judgment entered in its favor against Counter-Defendant, MALIBU MEDIA, LLC, on May 27, 2020, and in support thereof states as follows:

1. Pursuant to Fed. R. Civ. P. 54(d), a prevailing party may recover its taxable litigation costs, *Smart v. Local 702 Intern. Broth Of Elec. Workers,* 573 F. 3d 523, 525 (7th Cir. 2009).

2. Counter-Plaintiff is the prevailing party in this case as against the Counter-Defendant. The unquestionable authority entitles the Counter-Plaintiff to recoup its litigation costs against the losing parties—the Counter-Defendants.

3.  The Counter-Plaintiff prevailed and incurred significant costs in the process. Counter-Plaintiff incurred $451.05 in taxable costs.

4.  In support of this Bill of Costs, the Counter-Plaintiff attaches Court Form AO 133 and attached hereto.

Respectfully submitted,

William Mullins

/s/Susan Malter
Susan Malter, one of Mr. Mullins' attorneys

Susan Malter- ARDC No. 62077793
Susan Malter Law
203 Brampton Lane
Lake Forest, Illinois 60045
(312) 282-5858
susanmalter@gmail.com