UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| | ) No. 18 C 6447 |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| WILLIAM MULLINS, | ) |
| Defendant. | ) |

## AMENDED JUDGMENT

The judgment order entered on February 17, 2021 (Dkt. 101) is hereby amended to provide that judgment is entered: in favor of defendant/counter-plaintiff William Mullins, the prevailing party under 17 U.S.C § 505, and against plaintiff/counter-defendant Malibu Media for $46,235.45 in costs and attorneys' fees, plus pre-judgment interest of $2,034.63, for a judgment of $48,656.73. Post-judgment interest accrues on the $48,656.73 at the rate provided by law from the date of this judgment (February 17, 2021).

Date: April 19, 2021

_____

Judge Thomas M. Durkin
United States District Court