## United States District Court for the Northern District of Illinois

Case Number: 18CV6447  Assigned/Issued By: JMK

Judge Name: Durkin  Designated Magistrate Judge: Finnegan

---

**FEE INFORMATION**

*Amount Due:* ☐ $402.00   ☐ $49.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☑ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_1_ Original and ____ copies on 4/20/2021 as to _____
(Date)

Malibu Media, LLC (No Notice)

Rev. 08/19/2016