IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
|    Plaintiff | ) | No. 1:18-cv-06447 |
| | ) | |
|    Vs | ) | Judge Durkin |
| | ) | |
| WILLIAM MULLINS, | ) | |
| | ) | |
|    Defendant | ) | |

**PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW**

Pursuant to N.D. Ill. L.R. 83.17, Joel A. Bernier ("Bernier"), on behalf of Boroja, Bernier & Associates PLLC, respectfully moves this Court for leave to withdraw as counsel for Plaintiff MALIBU MEDIA, LLC in this matter and in support thereof states as follows:

1. Plaintiff, MALIBU MEDIA, LLC, retained Boroja, Bernier & Associates PLLC to represent it in this matter.

2. Plaintiff has discharged Bernier from the representation of MALIBU MEDIA, LLC, therefore, Bernier has an ethical obligation not to represent Plaintiff in this matter.

3. Plaintiff has been advised of Bernier's request for leave to withdraw his appearance on Malibu Media's behalf in this matter.

4. No motions or pleadings are currently pending in this case. Therefore, granting this Motion would not delay this case nor would it otherwise be inequitable.

WHEREFORE, Joel A. Bernier moves this Court as follows: A. For the entry of an Order of Withdraw of his Appearance on behalf of Plaintiff MALIBU MEDIA, LLC; and B. For such other further relief as this court deems just and equitable.

July 13, 2021							Respectfully submitted,

									BOROJA, BERNIER, & ASSOCIATES PLLC

									BY:	___/S/ Joel A. Bernier_____


**BOROJA, BERNIER & ASSOCIATES PLLC**
**BY: JOEL A. BERNIER (P74226)**
49139 Schoenherr Rd.
Shelby, Township, MI 48315
586-991-7611
586-991-7612 (Fax)