# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Malibu Media, LLC

                                                       Plaintiff,

v.                                                                   Case No.: 1:18–cv–06447
                                                                  Honorable Thomas M. Durkin

John Doe, subscriber assigned IP address 73.176.168.82, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 10/22/2021. Colette Pelissier and Brigham Field were present on the call. Mr. Stewart is to file his motion for prejudgment order of attachment and fee petition by 11/5/2021. Ms. Pelissier and Mr. Field are to file their response by 11/12/2021. The parties are encouraged to reach a resolution on the matter of attorney's fees. Existing orders remain in place. A telephone status hearing is set for 11/22/2021 at 10:00 a.m. To join the telephone conference, dial 877–402–9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.