AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| Malibu Media LLC | ) |
| | ) |
| v. | ) |
| William Mullins | )   Case No.:18 C 6447 |
| | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____02/17/2021_____ against   Malibu Media LLC _____ ,
                                                                        *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 232.76 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 479.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52.69 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 764.90 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service       ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   **s/ Joseph A. Stewart** _____

    Name of Attorney:   **JOSEPH A. STEWART** _____

For: _____ William Mullins _____   Date: ___11/03/2021___
                     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____   _____   _____
   *Clerk of Court*                         *Deputy Clerk*                      *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME , CITY AND STATE OF RESIDENCE** | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Amata, LLC Suite 800

Suite 800
Chicago, IL 60601
(312) 588-3300



**Client Identification: 202296**
The Peacock Law Group LLC

**Attn: Joseph Stewart**

| | |
|---|---|
| **Invoice Date:** | 5/1/2021 |
| **Due Date:** | 6/1/2021 |
| **Invoice Number:** | 15780900 |
| **Balance Forward:** | |
| **Payments/Credits:** | |
| **Current Invoice Amount:** | |
| **Ending Balance:** | |

## Invoice For:
### June 2021 Fixed Charges, April 2021 Variable Charges

### *Payments/Credits*
5/2/2021                              Payment received-Thank You

### *Current Charges*
Courier

**Total Current Charges:**

### *Tax Summary*

| Description | Taxable Amount | Tax Rate | Taxes |
|---|---|---|---|
| Sales Tax | $0.65 @ | 10.250 % | |

**Total Invoice Charges:**
Payment is due by the 1st day of the month
**Please Pay the Total Amount Of:**

Please Remit Payment To:
Amata Law Office Suites
77 W Wacker
Suite 4500
Chicago, IL 60601

**MR Credit Balance Forward: 0**          **Credits Used: 0**          **Credits Added: 0**          **Credits End: 0**

*Invoice Details*
**The Peacock Law Group LLC**

| Date | Quantity | Amount | Unit | Description |
|---|---|---|---|---|
| *Courier* | | | | |
| 4/26/2021 | 2.00 | $1.17 | | 008-Postage - Malibu Media v William Mullins - mail 2 letters to Colette Pelissier to two addresses |
| **Sum:** | 2.00 | $1.17 | | |
| *Legal Support Services* | | | | |
| 4/26/2021 | 0.30 | $18.00 | | Malibu Media v William Mullins - print, assemble, prepare - mail Citation to Discover Assets to Colette Pelissier via regular mail and FedEx to 2 addresses |
| **Sum:** | 0.30 | $18.00 | | |
| *Office Supplies* | | | | |
| 4/26/2021 | 2.00 | $0.65 | | Malibu Media v William Mullins - mailing envelopes to mail 2 letters |
| **Sum:** | 2.00 | $0.65 | | |
| ***Grand Total:*** | ***4.30*** | ***$19.82*** | | |

Amata, LLC Suite 1600
161 N. Clark Street
Suite 1600
Chicago, IL 60601
(312) 523-2000



**Client Identification: 202715**

The Peacock Law Group, LLC



**Attn: Joseph Stewart**

| | |
|---|---|
| **Invoice Date:** | 9/1/2021 |
| **Due Date:** | 10/1/2021 |
| **Invoice Number:** | 15784052 |
| **Balance Forward:** | |
| **Payments/Credits:** | |
| **Current Invoice Amount** | |
| **Ending Balance:** | |



**Invoice For:**
**October 2021 Fixed Charges, August 2021 Variable Charges**

*Payments/Credits*

| | | |
|---|---|---|
| 9/10/2021 | Payment received-Thank You | |
| | **Total Deposits/Refunds:** | |

*Current Charges*

Live Reception-Phone & Address

*Tax Summary*

| Description | Taxable Amount | Tax Rate | Taxes |
|---|---|---|---|
| Property Tax Pass Through | $72.50 @ | 3.200 % | |
| PPLT Tax (7550) | $50.00 @ | 9.000 % | |

**Total Invoice Charges:**
Payment is due by the 1st day of the month
**Please Pay the Total Amount Of:**

Please Remit Payment To:
Amata Law Office Suites
77 W Wacker
Suite 4500
Chicago, IL 60601

| | | | |
|---|---|---|---|
| **MR Credit Balance Forward: 0** | **Credits Used: 0** | **Credits Added: 0** | **Credits End: 0** |

*Invoice Details*
*The Peacock Law Group, LLC*

| Date | Quantity | Amount | Unit | Description |
|---|---|---|---|---|
| *Live Reception-Phone & Address* | | | | |
| ██ | █ | █ | | █████ |
| *Administrative Support* | | | | |
| 8/13/2021 | 0.50 | $22.50 | | FedEx-ZO DIgital, Malibu Media, Epich.com |
| 8/16/2021 | 0.10 | $4.50 | | Mail Opening/Scanning |
| 8/16/2021 | 0.20 | $9.00 | | Save and Email Saturday FedEx Delivery Confirmation |
| **Sum:** | 0.80 | $36.00 | | |
| *DC Courier* | | | | |
| 8/13/2021 | 1.00 | $67.88 | | Adriana Dulic 774529987515 |
| 8/13/2021 | 1.00 | $69.11 | | Brigham Field 774530214385 |
| 8/13/2021 | 1.00 | ($10.08) | | Client Discount |
| 8/13/2021 | 1.00 | ($9.07) | | Client Discount |
| 8/13/2021 | 1.00 | ($10.08) | | Client Discount |
| 8/13/2021 | 1.00 | $69.11 | | Colette Pelissier 774530076193 |
| **Sum:** | 6.00 | $176.87 | | |
| **Grand Total:** | **9.80** | █ | | |

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the NORTHERN DISTRICT OF ILLINOIS

### INVOICE 20200221

**MAKE CHECKS PAYABLE TO:**
ELIA E. CARRION, CSR, RPR, CRR, CRC
Official Court Reporter
219 S. Dearborn Street, Room 1432
Chicago, IL 60604
(312) 408-7782

Tax ID: 47-4302464

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | 07-23-2021 | 07-30-2021 |

**In the matter of:** 18 C 6447, Malibu Media, LLC v William Mullins

TRANSCRIPT ORDER# 41262 - Proceeding Dates: July 23, 2021 - Expedite - PDF Format

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 29 | 4.85 | 140.65 | | | | | | | 140.65 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 140.65 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 07-29-2021 | **Check:** Zelle | **Amount:** 140.65 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Elia E. Carrion, Official Court Reporter | 07-30-2021 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the NORTHERN DISTRICT OF ILLINOIS

### INVOICE 20200262

**MAKE CHECKS PAYABLE TO:**

ELIA E. CARRION, CSR, RPR, CRR, CRC
Official Court Reporter
219 S. Dearborn Street, Room 1432
Chicago, IL 60604
(312) 408-7782
████████████████████████████ )

Tax ID: 47-4302464

| | | | |
|---|---|---|---|
| __ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-08-2021 | DATE DELIVERED: |

**In the matter of:** 18 C 6447, Malibu Media, LLC v William Mullins

TRANSCRIPT ORDER# 41829 - Proceeding Dates: October 7, 2021, October 8, 2021 - Expedite - PDF Format
(PAYMENT DUE ASAP)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 28 | 4.85 | 135.80 | | | | | | | 135.80 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 135.80 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 135.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Elia E. Carrion, Official Court Reporter | DATE: 10-08-2021 |
|---|---|

**DISTRIBUTION:**  TO PARTY (2 copies - 1 to be returned with payment)  COURT REPORTER  COURT REPORTER SUPERVISOR

# I N V O I C E

1 of 1

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
T: (312) 419-9292  F: 312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31170 | 8/23/2021 | 27374 |
| **Job Date** | **Case No.** | |
| 8/23/2021 | 18 C 6447 | |
| **Case Name** | | |
| Malibu Media, LLC v. William Mullins | | |
| **Payment Terms** | | |
| Net 30 | | |

Joseph A. Stewart
The Peacock Law Group
161 North Clark Street
Suite 1600
Chicago, IL 60601

CANCELLED UPON ARRIVAL SCHEDULED:

   Collette Pelissier

   Minimum No-Write Deposition Attendance            1.00         @        175.000            175.00

**TOTAL DUE  >>>**                                                                                    **$175.00**

Location of Job   : Dirksen Courthouse
                    219 S. Dearborn
                    Court Room 1441

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.    ALSO FOR YOUR CONVENIENCE, WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

**Tax ID:** 27-0986977

*Please detach bottom portion and return with payment.*

Joseph A. Stewart
The Peacock Law Group
161 North Clark Street
Suite 1600
Chicago, IL 60601

Invoice No.    : 31170
Invoice Date   : 8/23/2021
**Total Due**      : **$175.00**

Remit To:  **L.A. COURT REPORTERS, LLC.**
           **8 WEST MONROE STREET**
           **SUITE 2007**
           **CHICAGO, IL 60603**

Job No.      : 27374
BU ID        : 1-NEW
Case No.     : 18 C 6447
Case Name    : Malibu Media, LLC v. William Mullins

# I N V O I C E

1 of 1

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
T: (312) 419-9292  F: 312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31256 | 9/20/2021 | 27374 |
| **Job Date** | **Case No.** | |
| 8/23/2021 | 18 C 6447 | |
| **Case Name** | | |
| Malibu Media, LLC v. William Mullins | | |
| **Payment Terms** | | |
| Net 30 | | |

Joseph A. Stewart
The Peacock Law Group
161 North Clark Street
Suite 1600
Chicago, IL 60601

ORIGINAL TRANSCRIPT OF:
Collette Pelissier

|   | 7.00 | Pages | @ | 4.000 | 28.00 |
|---|---|---|---|---|---|
| **TOTAL DUE   >>>** | | | | | **$28.00** |

Location of Job   : Dirksen Courthouse
219 S. Dearborn
Court Room 1441

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.    ALSO FOR YOUR CONVENIENCE, WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

**Tax ID:** 27-0986977

*Please detach bottom portion and return with payment.*

Joseph A. Stewart
The Peacock Law Group
161 North Clark Street
Suite 1600
Chicago, IL 60601

Invoice No.   : 31256
Invoice Date   : 9/20/2021
**Total Due**   : **$28.00**

Remit To:   **L.A. COURT REPORTERS, LLC.**
**8 WEST MONROE STREET**
**SUITE 2007**
**CHICAGO, IL 60603**

Job No.   : 27374
BU ID   : 1-NEW
Case No.   : 18 C 6447
Case Name   : Malibu Media, LLC v. William Mullins

# Staples.

Low price. Every item. Every day.
Store No: 1617
4610 North Clark Chicago
Chicago, IL, 60640
(773) 769-0536

26262600 026 64387

Receipt #: 64387                    08/22/2021 17:19

| Qty | Description | Amount |
|---|---|---|
| 1 | Print From Email - 2821515 <br> (1 @ $0.510) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White | 0.51 |
| 3 | Print From Email - 2821515 <br> (1 @ $0.530) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 1.59 |
| 3 | Print From Email - 2821515 <br> (1 @ $6.820) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 20.46 |
| 3 | Print From Email - 2821515 <br> (1 @ $1.550) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 4.65 |
| 3 | Print From Email - 2821515 <br> (1 @ $0.870) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 2.61 |
| 3 | Print From Email - 2821515 <br> (1 @ $4.950) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 14.85 |
| 1 | Print From Email - 2821515 <br> (1 @ $0.510) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White | 0.51 |
| 3 | Print From Email - 2821515 <br> (1 @ $0.870) <br> - Standard 28 lb. 8.5 x 11" <br> - Black & White <br> - Staple | 2.61 |

| | |
|---|---|
| SubTotal | 47.79 |
| Taxes | 4.90 |
| Total | USD $ 52.69 |

## Great ways to get noticed

### 20% off
signs, banners or posters when you spend $75 or more.

Valid through 10/2/21.
Coupon code: 94341

Valid online at staples.com/services/printing* or in Staples* U.S. stores. Excludes Daily Deals, Auto Restock orders and Instacart orders. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with merchandise to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Not valid on feather flag signage. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. Not valid on prior purchases or purchases made with Staples* Procurement or Convenience Cards. No cash/credit back. Coupon value applied pre-tax. Expires 10/2/21.

Staples Connect

### 20% off
UPS® express shipping services.

Valid through 8/28/21.
Coupon code: 62249

Valid in Staples* U.S. stores only. Not valid on Instacart orders. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Not valid on postage stamps. Does not apply to ground shipping or additional services. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. Not valid on prior purchases or purchases made with Staples* Procurement or Convenience Cards. No cash/credit back. Coupon value applied pre-tax. Expires 8/28/21.

Staples Connect

### 20% off
select custom labels and custom stamps.

Valid through 8/28/21.
Coupon code: 31999

Valid online at staples.com/services/printing* or in Staples* U.S. stores. Not valid on Instacart orders. Not valid on bumper stickers, product labels, mailing labels, bottle labels, cling stickers, decals, computer labels, foil labels, embossed labels, or industrial labels. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. Not valid on prior purchases or purchases made with Staples* Procurement or Convenience Cards. No cash/credit back. Coupon value applied pre-tax. Expires 8/28/21.

Staples Connect

NAM438