UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff-Judgment Debtor/ Citation Respondent, | ) ) ) ) |
| v. | ) ) |
| WILLIAM MULLINS, | ) No. 18 C 6447 ) |
| Defendant-Judgment Creditor, and | ) Judge Thomas M. Durkin ) ) |
| COLETTE PELISSIER, | ) ) |
| Third-party representative of the corporate citation respondent. | ) ) |

**ORDER ON MOTION**
**FOR PREJUDGMENT ATTACHMENT ORDER**

This matter is before the court on William Mullins' motion for a prejudgment attachment order. Dkt 135. The court previously issued an asset restraining order (Dkt. 117), and a turnover order relating to assets found in the possession of Epoch.com, LLC. Dkt 133. Mullins is in the process of filing an application for attorney's fees and seeking to amend the judgment against plaintiff. The motion requests that the existing restraining order shall remain, and that once Epoch has restrained and turned over funds on the original judgment of approximately $52,500, it shall continue restraining funds subject to the requested attachment order and lien. Mullins requests the prejudgment attachment based upon Malibu Media history of

diverting and concealing assets, and based its history of hindering, delaying, and frustrating these post-judgment proceedings. Being fully advised by the motion and having set a briefing schedule in which no objection was filed by Malibu Media or ZO Digital,

**IT IS HEREBY ORDERED that the judgment creditor's motion for a prejudgment attachment order is GRANTED and specifically ORDERED that:**

1. Epoch and all other Enjoined Parties shall continue to restrain the X-Art.com Proceeds, but upon the entry of a turnover order for the original judgment balance, and once Epoch tenders the balance of the original judgment amount to Mullins, the restraint is converted to a prejudgment order of restraint and attachment imposed for the purposes of satisfying whatever penalties, including attorney's fees, Mullins requests and the court adjudicates.

2. This matter is set over for a telephonic status hearing on November 22, 2021, at 10:00 a.m. as provided by previous order. Dkt. 134.

ENTERED:

*Thomas M Durkin*

Date: November 5, 2021　　　　　　　　JUDGE THOMAS M. DURKIN