UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Malibu Media, LLC

          Plaintiff,

v.

Case No.: 1:18−cv−06447
Honorable Thomas M. Durkin

John Doe, subscriber assigned IP address 73.176.168.82, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 29, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference held on 11/29/2021. For the reasons stated on the record, Judgment Creditor's motion for approval of attorney fees and expenses [141] is granted, and Mullins' second omnibus motion for an amended judgment order [142] is granted. Enter order with the modifications described on the record. All orders already entered by the Court remain in place. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.