OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2021 DEC -1 AM 8:32

18cv6447 #143

Malibu Media, LLC
30700 Russell Ranch Road
Suite 260
Westlake Village CA 91362
US

SANTA CLARITA CA 913
19 NOV 2021 PM 2 L

neopost
11/15/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL
SM
ZIP 60604
041M11270962

undeliverable

NIXIE     911     FE 1
NOT DELIVERABLE    RETURN TO SENDER
UNABLE TO FORWARD
AS ADDRESSED
BC: 606041800099    *0261-00588-15-43
0011/24/21