UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff-Judgment Debtor/ | ) | |
| Citation Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM MULLINS, | ) | No. 18 C 6447 |
| | ) | |
| Defendant-Judgment Creditor, | ) | Judge Thomas M. Durkin |
| and | ) | |
| | ) | |
| COLETTE PELISSIER, | ) | |
| | ) | |
| Third-party representative of | ) | |
| the corporate citation respondent. | ) | |

**TURNOVER ORDER**

This matter is before the court on William Mullins' motion for a turnover order. (Dkt 147), as amended. Dkt 149. The court previously issued an asset restraining order (Dkt. 117), and a turnover order relating to assets found in the possession of Epoch.com, LLC. Dkt 133. Epoch is restraining X-Art.com Proceeds to secure the payment of the original judgment of $48,656.73 (Dkt. 104) and the additional judgment of $59,614.52. Dkt. 145. The combined judgment amount is **$108,271.25**. Epoch has complied with the court's October 12, 2021, turnover order (Dkt 133), and tendered $35,194.40 (for receipts through October 7, 2021) towards the satisfaction of the judgment. Epoch reports to Mullins that as of December 2, 2021, it is restraining an additional $32,094.82, which would bring Mullins overall recovery to

**$67,289.22**. Mullins requests, upon notice and without opposition, that Epoch be ordered to turn over $16,690.33 funds to satisfy the original but leave the remainder of the funds for future application to the amended judgment. Mullins further requests that the ceiling on recoveries be adjusted, and accordingly

**IT IS HEREBY ORDERED that the judgment creditor's motion for a turnover order is GRANTED and specifically ORDERED that:**

1. Epoch shall issue payment of $16,690.33 to: "The Peacock Law Group Client Trust Fund Account" and tender such payment in the manner set forth in paragraph I of the court's Asset Restraining Order.

2. As provided in the law and as stated in the asset restraining order (Dkt 117), the injunctions of the court's Asset Restraining Order remain in effect; those injunctions are only modified as specifically provided by the October 12, 2021, turnover order (Dkt. 133), and otherwise those injunctions remain in full force until vacated.

3. The Asset Restraining Order requires all Enjoined Parties, including Epoch, "to preserve X-art.com Proceeds up to twice the amount of the unpaid judgment." Dkt. 117 at ¶ A. Once Epoch tenders the $16,690.33 payment, the twice-the-judgment-amount "ceiling" on restraint is restated to be **$119,229.04 (**$59,614.52 doubled), beginning with funds Epoch restrains on December 3, 2021, and thereafter.

ENTERED:

*Thomas M Durkin*

Date: December 15, 2021      JUDGE THOMAS M. DURKIN