UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff-Judgment Debtor/ Citation Respondent, | ) ) |
| | ) |
| v. | ) ) |
| WILLIAM MULLINS, | ) No. 18 C 6447 |
| | ) |
| Defendant-Judgment Creditor, and | ) Judge Thomas M. Durkin ) |
| | ) |
| COLETTE PELISSIER, | ) ) |
| Third-party representative of the corporate citation respondent. | ) ) |

## **TURNOVER ORDER**

This matter is before the court on William Mullins' third motion for a turnover order. Dkt 155. The court previously issued an asset restraining order (Dkt. 117), and a turnover order relating to assets found in the possession of Epoch.com, LLC. Dkt 133. Epoch is restraining X-Art.com Proceeds to secure the payment of the original judgment of $48,656.73 (Dkt. 104) and the additional judgment of $59,614.52. Dkt. 145. The combined judgment amount is **$108,271.25**. Epoch has complied with the court's October 12, 2021, turnover order (Dkt 133), tendering $35,194.40 (for receipts through October 7, 2021) towards the satisfaction of the original judgment amount. Subsequently, Mullins moved for a second turnover motion. Dkt. 147 (motion seeking $32,094.82) and 149 (amended motion reducing request to

$16,690.33). After a contested hearing, the court granted Mullins' second turnover motion for the reduced amount. Dkt. 152 (second turnover order). Epoch complied with the second turnover order, which satisfied the original judgment of $48,656.73 plus interest and costs.

Under the October 12, 2021, first turnover order, Epoch was obliged to report weekly to Mullins on the funds it has restrained. Dkt 133 at ¶ 7. Epoch filed an affidavit indicating that as of February 25, 2022, it is restraining an additional $41,979.48 net of all previous amounts turned over. Dkt. 157 at ¶ 8.

**IT IS HEREBY ORDERED that the judgment creditor's motion for a turnover order is GRANTED and specifically ORDERED that:**

1. Epoch shall issue payment of $41,979.48 to: "The Peacock Law Group Client Trust Fund Account" and tender such payment in the manner set forth in paragraph I of the court's Asset Restraining Order.

2. As provided in the law and as stated in the asset restraining order (Dkt 117), the injunctions of the court's Asset Restraining Order remain in effect; those injunctions are only modified as specifically provided by the October 12, 2021, turnover order (Dkt. 133), and otherwise those injunctions remain in full force until vacated.

ENTERED:

*Thomas M Durkin*

Date: February 28, 2022           JUDGE THOMAS M. DURKIN