**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 cv 6447 |
| | ) | |
| v. | ) | Judge Thomas M. Durkin |
| | ) | |
| WILLIAM MULLINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter coming on to be heard on Epoch's Motion for Modification of Turnover Order, (Doc. #160);

IT IS HEREBY ORDERED that the turnover order entered in this matter on February 28, 2022, (Doc. #159) is hereby modified as follows:

Paragraph 2 of Doc. #159 is hereby deleted and replaced by the following new Paragraph 2:

2. Upon Epoch's turnover of the $41,979.48 as required by Paragraph 1, Epoch is relieved of any further obligations pursuant to any orders entered in this case. With respect to all parties bound by the Asset Restraining Order other than Epoch, as provided in the law and as stated in the asset restraining order (Dkt 117), the injunctions of the court's Asset Restraining Order remain in effect (modified only as specifically provide by the October 12, 2021 turnover order (Dkt. 133)) until vacated.

                **ENTER:**

                *Thomas M Durkin*
                Judge Thomas M. Durkin

March 1, 2022