**1:18-CV-06447**

**Emily Wall**

| | |
|---|---|
| **From:** | brigham@x-art.com on behalf of Colette Leah <colette@x-art.com> |
| **Sent:** | Monday, March 28, 2022 1:20 PM |
| **To:** | Joseph Stewart; Andy Davis; Proposed_Order_Durkin@ilnd.uscourts; Emily Wall |
| **Cc:** | brigham@x-art.com; fieldlist@gmail.com; Colette P; Colette Leah; Harmik Gharapetian; adulic@epoch.com |
| **Subject:** | Re: resolution of the Malibu Media v Mullins case |
| **Attachments:** | Ronald H SEMLER Plaintiff and Appellant v WELLS FARGO NATIONAL ASSOCIATION Defendant and Respondent.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |



**CAUTION - EXTERNAL:**

To All Involved in this Judicial Matter,

Per Local Rule 78.5 to inquire as to the status of a pending motion. No offense will be taken by the Court to such an inquiry or notice.

We are inquiring as individuals, and will request leave to intervene, to stop the blatant conspiracy to defraud and divert Brigham's income to the Peacock Law Firm. Mullins and all original attorneys in the case will receive notice, when we have time and ability to retain counsel per this Court's failure to remove the outrageous TRO. A federal Judge should not ever be the cause of unust enrichment. The most recent (I don't know what to call it)...the scam to have $58,000 paid to The Peacock firm, when we offered to pay the attorney's fees (which were never due to begin with). This case is a perfect example of abuse of process, denial of due process, violation of at civil and constitutional rights.

Please accept this as notice from Malibu, myself as an individual. Brigham Field as an individual (who is the contract owner with Epoch (Epoch a payment processor) hat has collected payments on behalf of Brigham and failed to provide a 1099 nor pay the funds they collect on copyrighted material owned by Brigham, myself and Malibu Media.

Our access to the Epoch's reports has also been cut off. This notice is our intent to object to this blatant criminal misuse of the Federal Justice System and to file a civil and criminal complaint for conspiring to abuse process for unjust enrichment, not limited to this in any way. Criminal

conversion, actions under the color of law (abusing the law as a seated judge and Stewart as a longtime employee of the Illinois DOJ).

Our intent to file a case with the correct agencies for conversion, conspiracy to commit fraud, civil conspiracy and civil/criminal RICO involving a Federal Judge. The same judge that Mr. Joseph Stewart worked at the DOJ of Illinois collection department with.

At one point, because my production team was adding to Zo's production of the multiple websites that Epoch processes payments for Brigham (Malibu was added to Brigham's contract - master contract).

 These websites have nothing to do with X-Art nor Malibu copyrights. And because of your harrassment and blatant abuse of the judicial system with Judge Durkin actively and participating, and Epoch actively unjustly enriching themselves across state lines. Epoch would have no reason to treat Brigham ( a client since 2009) so abominably, if they were not gaining something or had been threatened in some way.

I have the entire docket (all three dockets) from Malibu v IP and Malibu v Mullens and the new docket that you unilaterally created to further your extortion efforts.
I have all the transcripts which are being examined by multiple attorneys that specialize in this kind of fraud and extortion, that which fights against of abuse of the federal judicial system.

This is your last chance to refund the stolen aprox $110,000 and the emotional damages that we have suffered (conservatively $50,000/month since August 2021 for 7 months. This would be $360,000 (less than Epoch has remitted in the same period of time in most years. In addition, intentional infliction of emotional distress and substantial defamation.

For instance sending letters, emails to all of our contractors, attorneys, associates stating that I am in criminal contempt (which I have never been) that I am not paying debtors, all which are nothing more than lies meant to defame. Contacting about 20 contractors of over 10 years and informing them they would be in criminal contempt of court if they accepted any funds from Brig, myslef, Zo, Malibu or any other entity on our behalf. Another blatant abuse of power (also taunting your position at the DOJ, which is no longer). This is all possibly criminal.

Further, when partnering with Semler/Bardo to list more falsehoods, it would be prudent to do a background check.

See Amicus brief in support of the California Bankers Association (attached). Semler sued Wells Fargo for violations of the Unruh Act (he as a convicted felon, yet felt he should not be denied a loan by Wells Fargo because of this, they explain why they are denying to even associate with him). This is one of over 1000 court filings by this vexatious litigant.

We are pursuing to have him labeled vexatious. We will pursue to have you disbarred and Judge Durkin examined by oversight, based on his body of work and how we were denied counsel or breach a draconian TRO (which violated our constitutional rights, even right to counsel). Hopefully this will be the last time I have to interact with you personally.

We are also aware of your defamation efforts online.

Epoch, feel free to respond and explain your actions and send Brigham's past due 1099k.

All Govern yourself accordingly.

3

Colette & Brigham
310-702-6008

On Mon, Mar 14, 2022 at 7:43 AM Joseph Stewart <joseph.stewart@thepeacocklawgroup.com> wrote:

Dear Mr. Field and Ms. Pelissier:

If I do not hear from you by tomorrow morning, I will assume you do not want to settle this matter and have opted to have the remaining debt enforced through the courts.

Thanks,

**Joe Stewart**

**TPLG**

**From:** Joseph Stewart
**Sent:** Monday, March 7, 2022 12:09 PM
**To:** brigham@x-art.com; fieldlist@gmail.com; Colette Leah <colette@x-art.com>; Colette P <colette@malibu.team>; Colette Leah <coletteleah@msn.com>
**Subject:** resolution of the Malibu Media v Mullins case

Dear Mr. Field and Ms. Pelissier:

Please be advised that pursuant to the district court's third turnover order, my firm has received a check from Epoch for $41,979.48. Accordingly, the November 29, 2021, $59,614.52 judgment for attorney's fees has a balance of **$17,635.04**.

The district court entered the November 29, 2021, judgment against Malibu Media, LLC, ZO Digital, LLC, and Colette Pelissier, jointly and severally. The time to seek reconsideration or appeal of that judgment has long since passed.

As you should know, the terms of the existing asset restraining order and associated turnover order <u>remain in place</u> both prohibiting the transfer of "X-art.com Proceeds" and requiring ZO Digital and Malibu Media to turn over assets to satisfy the court's judgment.

I write in hope that both you and your respective companies wish to get on with business and to be free of further disruptions and further litigation.

Accordingly, I am requesting that you make arrangements to immediately pay the balance of **$17,635.04.**

Only by satisfying the judgment will you avoid further litigation and the attendant business disruption.

Please deal with this matter as soon as possible.

Thank you,

Joseph A. Stewart

The Peacock Law Group

161 N. Clark Street

Suite 1600

Chicago, Illinois 60601

joseph.stewart@thepeacocklawgroup.com

(312) 741-1070

--
Best regards,

Colette Pelissier

Owner
Malibu Media LLC

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.