## *United States District Court for the Northern District of Illinois*

Case Number: _____     Assigned/Issued By: _____

Judge Name: _____     Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $402.00   ☐ $49.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☐ Citation to Discover Assets                _____

☐ Writ _____                      (Victim, Against and $ Amount)
   (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                          (Date)

_____

Rev. 08/19/2016