FILED
MAR 29 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 29 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Malibu Media )
v. )
)
William Mullins, )
) No. 18 C 6447
and )
) Judge: Thomas M. Durkin
Wells Fargo Bank N.A., )
Third Party Citation Respondent. )

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __JULIA LOPEZ__ (name), the __AGENT__ (title) of Respondent, __WELLS FARGO BANK__ (entity's legal name), state under penalty of perjury as follows: the Respondent is a __CORPORATION__ (e.g., partnership, corporation, etc.) organized under the laws of the State of __DELWARE__.

On __MARCH 3, 2021__, Respondent was served with the Third Party Citation to Discover Assets. With respect to any one or all of the judgment debtors, Malibu Media, LLC, ZO Digital, LLC, and Colette Pelissier, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of __MALIBU MEDIA LLC__ (name of judgment debtor):

1. **Financial Accounts**

**Account 1**

ACCOUNT CLOSED

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

**Account 2**

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

**Account 3**

Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

**Account 4**

Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

2. **Safety Deposit Box**

   Box No.: NO SAFE DEPOSIT BOX

   Amount: $_____

   Owners other than the judgment debtor: _____

3. Detail other personal property in the respondent's possession or control:


4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No _X_
   If the answer is yes, describe below.


5. Does the Respondent have custody, control, or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No _X_
   If yes, please describe below (continue on additional sheets if necessary):


6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

___ The Respondent has the following objections, defenses, or set-offs to the United States= right to apply Respondent's indebtedness to defendant to the United States= claim:

___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by firstclass mail to The Peacock Law Group, 161 N. Clark Street, Suite 1600, Chicago, Illinois 60604.

8. The Respondent mailed a copy of this Answer by first-class mail to the judgment debtor/account holder, _____, at _____.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __22__ day of March 2022.

_____ *JULIA LOPEZ*
(Please print and sign name.) JULIA LOPEZ, AGENT
Phone No. __480/724-2000__    3/22/2022

WELLS FARGO BANK
PO BOX 29779
PHOENIX AZ 85038

**UNITED STATES DICTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 S DEARBORN ST**
**CHICAGO IL 60604**

