# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Malibu Media, LLC

                                                Plaintiff,

v.                                                               Case No.: 1:18–cv–06447

                                                               Honorable Thomas M. Durkin

John Doe, subscriber assigned IP address
73.176.168.82, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Citation Hearing for presentment of Citation to Discover Assets set for 4/18/2022 at 9:30 a.m. is vacated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.