# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Malibu Media, LLC

                                                 Plaintiff,

v.                                                                     Case No.: 1:18−cv−06447
                                                                    Honorable Thomas M. Durkin

John Doe, subscriber assigned IP address 73.176.168.82, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 4/20/2022. No one appeared on the call to object to the motion for turnover order [172]. For the reasons stated on the record, the motion for turnover order as to CC Bill, LLC [172] is granted. Enter order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.