UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff-Judgment Debtor, | ) |
| | ) No. 18 C 6447 |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| WILLIAM MULLINS, | ) |
| | ) |
| Defendant-Judgment Creditor. | ) |

**SATISFACTION OF JUDGMENT & RELEASE OF LIENS[i]**

In the captioned matter, the court entered judgment on February 17, 2021, in favor of William Mullins and against Malibu Media, LLC for $48,656.73. The court entered a second judgment on November 29, 2021, against ZO Digital, LLC Malibu Media, LLC, and Colette Pelissier for attorney fees of $59,614.52. The undersigned attorney for the judgment creditor certifies and acknowledges full payment of both judgments, as well as all costs and interest. By operation of law, said full payment terminates and releases all liens, levies, and executions. Acknowledging the full satisfaction of these judgments, the Clerk of the Court is authorized and directed to make an entry of the full satisfaction on the court's docket.

Respectfully submitted,

WILLIAM MULLINS
THE PEACOCK LAW GROUP

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Principal Attorney
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
(312) 741-1070
joseph.stewart@thepeacocklawgroup.com

---

[i] Notice to the judgment debtor: this satisfaction will have to be recorded in each county, if any, in which a lien was recorded in order to release the judgment lien against real estate and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.